# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTUAN J. FOXX,<br><br>                                     Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.; MIDLAND FUNDING, LLC; ENCORE CAPITAL GROUP, INC.; and UNIDENTIFIED COLLECTOR,<br><br>                                     Defendants. | Case No.:  15cv905-MMA (MDD)<br><br>**ORDER RE: STIPULATION OF DISMISSAL**<br><br><br><br><br><br>[Doc. No. 23] |

On January 10, 2018, Plaintiff Antuan J. Foxx and Defendants Midland Credit Management, Inc., Midland Funding, LLC, and Encore Capital Group, Inc. jointly filed a stipulation of dismissal of the above-entitled action with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Doc. No. 23 at 2. Accordingly, this case is **DISMISSED WITH PREJUDICE**.  The Clerk of Court is instructed to close this case.

   **IT IS SO ORDERED**.

Dated:  January 10, 2018

Hon. Michael M. Anello
United States District Judge

1